IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 70.138.168.18

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/22/2018 03:07:55 | 2483854D7550FE2B2F432D2A88CEC18E2BF98A36 | Hot Coffee |
| 01/18/2018 00:43:51 | 8FCEE86C24C7C64C94D7C95D0307ADC488C40F8E | Purely Passionate |
| 04/22/2017 20:47:05 | BE823F7B2E116D03D423DFC8D7049B13029E6B6C | Best Friends Or Lesbians |
| 04/22/2017 20:30:10 | E9F6C2D6203F2410DFA762DCF71BD596C7A94406 | Deep Inside Gina |
| 02/17/2017 23:09:16 | C1167B98AEAF10E9C23C713B50A0761674F1CA57 | New Year Bang |
| 07/16/2016 01:43:12 | D25C50EA70CEF6B1A2C94429BB8A14BDC48C8F32 | The Ranch Hand |
| 07/16/2016 00:49:22 | 8CFBE2DF822684D708F1314334268746204A180D | In the Garden of Ecstasy |
| 06/02/2016 12:53:18 | 41CF108E217DBB1C7484349A76014AE2913C7071 | Inside Caprice |
| 06/02/2016 12:22:22 | D40D0A3C1742D63090E2FE889420C3FC5F456339 | Good Morning I Love You |
| 11/15/2015 18:15:33 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

STX132