UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 4:18-cv-01539 |
| v. | ) |
| JOHN DOE, subscriber assigned IP address 70.138.168.18, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which It Has to Serve John Doe Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have until November 27, 2018, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

**DONE AND ORDERED** this ___ day of _____, 2018.

By: _____
**UNITED STATES DISTRICT JUDGE**